**Entered on Docket**
**March 08, 2012**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
Fred C. Arko, Jr.,

Case No.: 03-13010
Chapter: 7

_____Debtor(s)._____/

FINAL DECREE

The estate of the above named debtor has been fully administered.

    ( ) The deposit required by the plan has been distributed.

IT IS ORDERED THAT: Andrea A. Wirum

    ( X ) is discharged as trustee of the estate of the above named debtor and the bond is canceled;

    ( X ) the chapter 7 case of the above-named debtor is closed; and

    ( ) [other provisions as needed]

Dated: March 8, 2012

Alan Jaroslovsky
U.S. Bankruptcy Judge

Case: 03-13010   Doc# 675   Filed: 03/08/12   Entered: 03/08/12 14:39:51   Page 1 of 1